746 A.2d 451

IN THE MATTER OF RAFAEL A. VARGAS,
AN ATTORNEY AT LAW.

March 3, 2000.

## ORDER

**RAFAEL A. VARGAS** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1989, having pleaded guilty in the United States District Court for the District of New Jersey to a one-count information charging him with making a false statement to a federal agency, in violation of 18 *U.S.C.A.* § 1001 and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **RAFAEL A. VARGAS** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **RAFAEL A. VARGAS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **RAFAEL A. VARGAS** comply with *Rule* 1:20–20 dealing with suspended attorneys.